FILED
CLERK, U.S. DISTRICT COURT
AUG 2009
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ENTERED   JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN ANTONIO GUTIERREZ,<br><br>Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Respondent. | Case No. CV 09-5943 CAS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed for lack of jurisdiction for the reasons set forth in the Court's accompanying Order.

DATED:   August 31, 2009

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP - 1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY